UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILBERT CHRETIN, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-16-1353 |
| | § | |
| NANCY A. BERRYHILL, | § | |
| ACTING COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
|    *Defendant*. | § | |

## ORDER

Pending before the court is a memorandum and recommendation ("M&R") filed by Magistrate Judge Nancy Johnson. (Dkt. 14). Judge Johnson considered: (1) a cross-motion for summary judgment filed by defendant Nancy A. Berryhill, Acting Commissioner of the Social Security Administration ("SSA"); (2) plaintiff Wilbert Chretin's motion for summary judgment; and (3) the parties' responses to each other's motions. Dkts. 6, 9, 13. The M&R recommended granting SSA's motion (Dkt. 6) and denying Chretin's motion (Dkt. 9). Dkt. 14 at 29. The M&R advised that objections to the M&R must be made by October 11, 2017. *Id.* The court received no objections. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the M&R, the motions for summary judgment, the responses, and the applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS the M&R in full. For the reasons stated in the M&R, SSA's cross-motion for summary judgment (Dkt. 6) is GRANTED. Chretin's motion for summary judgment (Dkt. 9) is DENIED. Chretin's claims are DISMISSED WITH PREJUDICE.

Signed at Houston, Texas on November 1, 2017.

_____
Gray H. Miller
United States District Judge